UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TATE,<br><br>          Plaintiff,<br><br>     v.<br><br>DIANA NAKASHYAN, et al.,<br><br>          Defendants. | Case No.: 1:22-cv-00624 SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SCREENING AS MOOT**<br><br>(Doc. 12) |

Plaintiff Derek Tate is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On May 26, 2022, this Court issued its Order Regarding Plaintiff's Motion for Screening. (Doc. 11.) Plaintiff was advised a motion or request for screening was not necessary as screening of Plaintiff's complaint is mandatory and will occur in due course. (*Id*. at 1-2.)

On May 31, 2022, Plaintiff filed a second request or motion for screening. (Doc. 12.) The second request is essentially identical to the first, apart from a change to the case number[1] and the date the document was signed. (*Cf*. Doc. 10 (5/19/22) to Doc. 12 (5/26/22).)  Plaintiff's most recent request is duplicative of his first; this Court's May 26, 2022, Order resolved the issue, rendering Plaintiff's second request or motion moot.

---

[1] This action was originally filed in the Sacramento Division of this Court. On May 24, 2022, the case was transferred from Sacramento to Fresno. (*See* Doc. 6.)

For the reasons set forth above, IT IS ORDERED that Plaintiff's request for screening filed May 31, 2022 (Doc. 12) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **June 2, 2022**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE