UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TATE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIANA NAKASHYAN, et al.,<br><br>　　　　Defendants. | No.: 1:22-cv-00624-ADA-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS<br><br>(ECF No. 20) |

　　　　Plaintiff Derek Tate ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 18, 2023, the assigned Magistrate Judge filed findings and recommendations, recommending that Plaintiff's complaint proceed only on his First Amendment retaliation claims against Defendants Nakashyan and Custer, Fourteenth Amendment substantive due process claim against Defendant Custer, and Fifth Amendment equal protection claim against Defendant Nakashyan. (ECF No. 20 at 2.) Further, the Magistrate Judge recommended that the remaining claims be dismissed. (*Id.*) Plaintiff had fourteen days within which to file any objections to the findings and recommendations. (*Id.*) No objections have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and

recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 18, 2023, (ECF No. 20), are ADOPTED in full;

2. This action will proceed *only* on the First Amendment retaliation claims against Defendants Nakashyan and Custer, Fourteenth Amendment substantive due process claim against Defendant Custer, and Fifth Amendment equal protection claim against Defendant Nakashyan, pursuant to 42 U.S.C. § 1983;

3. The remaining claims in Plaintiff's complaint are DISMISSED; and

4. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   June 30, 2023

UNITED STATES DISTRICT JUDGE